THE LAW OFFICE OF
# NOOR A. SAAB

Noor A. Saab, Esq.*

---
* Admitted in New York

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

June 13, 2023

**BY ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007-1312

*OK, conference adjourned.*

*/s/ Colleen McMahon*
*6/14/2023*

**Re:** **Tonimarie Rhone v. Unemployed Philosophers, Inc. (1:23-cv-02432-CM)**

To the Honorable Judge Colleen McMahon,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for June 15, 2023 pursuant to Your Honor's Order dated March 28, 2023 (Dkt #5). The counsel for the Plaintiff has been recovering from hospitalization due to Covid pneumonia and has not had an opportunity to confer with opposing counsel. (Documentation available upon request) Plaintiff respectfully requests a short adjournment of the initial pretrial conference so that the parties may confer and submit the pre-IPTC submission per Your Honor's Orders. This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

USDC SDNY
DOCUMENT
ELECTRONIC
#: ___
6/14/2023